

## ADVANCED INTERACTIVE, INC., Plaintiff–Appellant,

v.

## MATSUSHITA ELECTRIC CORPORA-TION OF AMERICA, Matsushita Electrical Industrial Company, Ltd., Sharp Corporation, Sharp Electronics Corporation, Toshiba America Consumer Products, Inc., Toshiba America, Inc., Toshiba Corporation, and General Instrument Corp., and Scientific Atlanta, Inc., and Thomson Consumer Electronics, Inc., and STB Systems, Inc., and Hauppauge Computer Works, Inc., and Worldgate Communications, Inc., and Interactive Channel Technologies, and Gateway 2000, Inc., and Ati Technologies, Inc., Defendants–Appellees,

and

## ADS Technologies, Inc. and WebTV Networks, Inc., Defendants.

No. 00–1491.

United States Court of Appeals, Federal Circuit.

DECIDED: July 16, 2001.

Before MAYER, Chief Judge, LOURIE and RADER, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

## COMMONWEALTH EDISON COMPANY, Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

No. 00–5069.

United States Court of Appeals, Federal Circuit.

DECIDED: July 16, 2001.

Robert A. Mangrum, Winston & Strawn, of Washington, DC, for plaintiff-appellant. Of counsel was Eric J. Marcotte.

James G. Bruen, Jr., Special Litigation Counsel, Commercial Litigation Branch, Civil Division, Department of Justice, of Washington, DC, for defendant-appellee. Of counsel were Stuart E. Schiffer, Acting Assistant Attorney General; J. Christopher Kohn, Director; Sandra P. Spooner, Deputy Director; and Theodore R. Carter, III, Margaret M. Newell, and Matthew J. Troy, Trial Attorneys.

Jerry Stouck, Spriggs & Hollingsworth, of Washington, DC, for amicus curiae Main Yankee Atomic Power Company. Of coun-